UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

KATRINA FULTON and DARNELL WALCOTT,

                              Plaintiffs,

        -against-

CITY OF NEW YORK,

                              Defendant.
-------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

20-CV-00144

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed with prejudice and without costs, expenses or fees of any kind to any party.

Dated:      New York, New York
              September __, 2025

**FARUQI & FARUQI, LLP**
Attorneys for Katrina Fulton & Darnell Walcott
685 Third Avenue, 26th Floor
New York, New York 10017
(212) 983-9330
ihuot@faruqilaw.com

By: _____
            Innessa M. Huot

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
   City of New York
Attorney for Defendant
100 Church Street, Second Floor
New York, New York 10007
(212) 356-2442
jreynold@law.nyc.gov

By: _____
            Joseph B. Reynolds
            Assistant Corporation Counsel